

# NUMBER 13-22-00581-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALGIERE CONSTRUCTION
SERVICES, INC.,                                                            Appellant,

v.

MAGNOLIA HOSPITALITY GROUP, LLC
AND METRO WHITE SETTLEMENT
PARTNERS, INC.,                                                            Appellees.

## On appeal from the 156th District Court
of Bee County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Tijerina
### Memorandum Opinion by Justice Tijerina

This matter is before the court on its own motion. On March 14, 2023, the Clerk of

the Court notified appellant that, pursuant to Texas Rule of Appellate Procedure

38.8(a)(1), the appeal was subject to dismissal for want of prosecution unless, within ten

days, appellant provided reasonable explanation for his failure to timely file a brief. Appellant failed to respond to the notice and has not filed a brief.

Appellant neither reasonably explained his failure to file a motion for extension of time nor filed his brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

JAIME TIJERINA
Justice

Delivered and filed on the
18th day of May, 2023.